# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5233 | **DATE** | 6/7/2012 |
| **CASE TITLE** | HEARTHWARE, INC. vs. E. MISHAN & SONS, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to exclude the May 14, 2012 rebuttal report by plaintiff's expert, James H. Nelems and to exclude and bar James E. Nelems opinions and testimony [76] is granted. *for reasons stated in open court.*

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:07

| | Courtroom Deputy Initials: | air |
|---|---|---|