UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hearthware, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-CV-5233 |
| | ) | |
| E. Mishan & Sons, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF HEARTHWARE, INC.'S MOTION IN OPPOSITION TO DEFENDANT E. MISHAN & SONS, INC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Hearthware, Inc. ("Hearthware") respectfully submits this memorandum in support of its opposition ("Opposition") to the motion for summary judgment ("Motion for Summary Judgment" or "MSJ") (Dkt. No. 71) of Defendant E. Mishan & Sons, Inc. ("Emson" or "Mishan").