# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | |
|---|---|
| Hearthware, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11 C 5233 |
| E. Mishan & Sons, Inc. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff _____

☒ **other**:
Judgment is entered for defendant E. Mishan & Sons, Inc., and against plaintiff Hearthware, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Suzanne B. Conlon  on a motion for  summary judgment.

Date: August 10, 2012                                  Thomas G. Bruton, Clerk of Court

                                                       /s/ Marsha Glenn     sbc
                                                       Marsha Glenn, Deputy Clerk