**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Hearthware, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 11-cv-05233 |
| v. | ) | |
| | ) | |
| E. Mishan & Sons, Inc.. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Plaintiff Hearthware, Inc. ("Plaintiff"), by and through its attorneys, ASHMAN LAW OFFICES, LLC, hereby appeal to the United States Court of Appeals for the Seventh Circuit, pursuant to 28 U.S.C. § 1291, from Judge Suzanne B. Conlon's Memorandum Opinion and Order, entered on August 13, 2012, granting Defendant's Motion for Summary Judgment in full. *See* Dkt. 107.

Dated: Chicago, Illinois
September 7, 2012                               HEARTHWARE, INC.

Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650            By:      /s/ Kenneth J. Ashman
Chicago, Illinois 60603                                    One of their Attorneys
(312) 596-1700 (ph)

### **CERTIFICATE OF SERVICE**

      Neal D. Kitterlin, an attorney, hereby certifies that he caused a copy of the foregoing *Notice of Appeal* to be served on September 7, 2012, upon the following via electronic filing:

Gary Zhao
SmithAmundsen, LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601

                                                  Neal D. Kitterlin